IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-11586-399 |
| | ) | Chapter 13 |
| **Lyle Wade Wilkinson and** | ) | |
| **Amanda Ann Wilkinson** | ) | re:   mtn 84 |
| Debtor. | ) | |

## ORDER

On June 1, 2015, the Debtor's Motion to Increase Chapter 13 Plan Base came on for hearing.   Present were Mr. John A. Loesel, counsel for Debtor and Mr. Joseph Wilson, counsel for the Chapter 13 Trustee.    Upon announcements made on the record and review of the record in this case, it is accordingly

**ORDERED** that the Motion to Increase Chapter 13 Plan Base is **GRANTED IN PART** in that Debtors shall Chapter 13 Plan Base shall be increased, but shall be increased to $56,642.00. As per this ORDER, Debtors Chapter 13 Plan Base is increased to $56,642.00.

DATED:  Jun 05, 2015

St. Louis, Missouri

wma

_____
Barry S. Schermer
United States Bankruptcy Judge

Copies mailed to

John V. LaBarge, Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102

Lyle Wade Wilkinson
Rt. 4, Box 2897
Marble Hill, MO   63764
DEBTOR

Amanda Ann Wilkinson
RT. 4, Box 2897
Marble Hill, MO 63764
DEBTOR

John A. Loesel
Lichtenegger, Weiss & Fetterhoff, LLC
2480 East Main Street
Jackson, MO 63755